IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

NATHANIEL T. BRENT                                      PLAINTIFF

v.                          CIVIL ACTION NO.: 5:20-CV-173-DCB-MTP

MTC, ET AL.                                             DEFENDANT

### ORDER ADOPTING REPORT & RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Michael T. Parker's Report & Recommendation ("R&R") [ECF No. 34]. Judge Parker issued the R&R on September 16, 2021. Id. Judge Parker recommended that Defendant Craig Coil be dismissed from this action without prejudice due to Plaintiff's failure to effect service on Defendant Coil. Id. at 3. Neither party has filed an objection to the R&R, and the period to do so has now elapsed. After conducting a de novo review of the R&R, the Court agrees with the R&R's recommendation. Accordingly, the R&R is ADOPTED, and Plaintiff's claims against Defendant Coil are hereby DISMISSED without prejudice.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this 16th day of December, 2021.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE